558

No. 875. DRYICE CORPORATION OF AMERICA ET AL. *v.* LOUISIANA DRY ICE CORP. ET AL.; and

No. 876. SAME *v.* BELT. May 23, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George F. Thompson* for petitioners. *Mr. Robert A. Hunter* for Louisiana Dry Ice Corp. et al. *Mr. Joseph S. Belt, pro se.*

No. 882. PUTNAM *v.* CHRISTIE, ADMINISTRATRIX. May 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Oscar R. Houston, George S. Brengle,* and *Leonard J. Matteson* for petitioner. *Mr. Russell T. Mount* for respondent.

No. 886. E. C. WARNER CO. *v.* W. B. FOSHAY CO. ET AL. May 23, 1932  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs: John C. Benson* and *J. B. Faegre* for petitioner. *Mr. F. H. Stinchfield* for respondents.

No. 887. LIGHTING FIXTURE SUPPLY, INC. *v.* FIDELITY UNION FIRE INS. CO. May 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. St. Clair Adams* for petitioner. No appearance for respondent.

No. 893. BOSTON IRON & METAL CO. ET AL. *v.* UNITED STATES. May 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Sylvan Hayes Lauchheimer* for petitioners. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and *Messrs. Whitney North Seymour, J. Frank Staley,* and *Wilbur H. Friedman* for the United States.